ntcnc (04/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**

In Re:

    MJD Ranch, L.C.C.

    Debtor(s)

Bankruptcy Proceeding No. 20–41438–BSK
Chapter 12

Judge: Brian S. Kruse

**NOTICE OF NONCOMPLIANCE**

ISSUE:    Motion to Withdraw as Attorney for the Debtor

ATTY:    Vincent R. Ledlow

    Movant has failed to comply with Neb. R. Bankr. P. 9013–1. Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 2/3/21

                                         Eva Roeber
                                         Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.